**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| | ) | |
| IN RE:  YASMIN AND YAZ | ) | 3:09-md-02100-DRH-PMF |
| (DROSPIRENONE) MARKETING, SALES | ) | |
| PRACTICES AND PRODUCTS LIABILITY | ) | MDL No. 2100 |
| LITIGATION | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Sabrina Cartee, et al. v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-11497-DRH-PMF |
| *Yasmine Benterkia v. Bayer Corporation, et al.* | No. 3:12-cv-11330-DRH-PMF |
| *Alexandrea Lentini v. Bayer Corporation, et al.* | No. 3:10-cv-20249-DRH-PMF |
| *Vanessa Sanchez v. Bayer Corporation, et al.* | No. 3:11-cv-11599-DRH-PMF |
| *Christine Verhoff, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-11207-DRH-PMF |
| *Alicia Cline v. Bayer Corporation, et al.* | No. 3:11-cv-13299-DRH-PMF |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the StipulationS of Dismissal filed on February 10, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

APPROVED:

Digitally signed by
David R. Herndon
Date: 2015.02.20
12:40:12 -06'00'

**BY:**  **/s/***Cheryl A. Ritter*
**Deputy Clerk**

U.S. DISTRICT JUDGE